

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

LEONARD LONDON,

                Plaintiff,

-against-

THE CITY OF NEW YORK, SERGEANT SANJEEV
GOPAUL (Shield 4734 of the 105th Precinct),
SERGEANT STEPHEN PHELAN (Shield 2474 of the
Brooklyn South Narcotics Division) DETECTIVE
KAREN YOUNG (Shield 5166 of the Brooklyn South
Narcotics Division whose last name may be "Paul"),
JOHN DOE 2 (representing a police officer whose last
name is Ramirez and was previously known as
undercover officer 14645),

                Defendants.

--------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

CV 05 2542 (JG)(RML)

    **WHEREAS,** plaintiff commenced this action by filing a complaint on or about May 25, 2005, alleging violations of his civil rights pursuant to 42 USC § 1983; and

    **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2.    Defendant City of New York hereby agrees to pay plaintiff **LEONARD LONDON** the sum of **TWENTY THOUSAND ($20,000) DOLLARS** in full satisfaction of all

claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the named defendants, and to release all defendants and all present and former employees or agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.



6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         August 22, 2005

Richard Cardinale, Esq.
Cardinale & Marinelli
Attorneys for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242

By: _____
       Richard Cardinale ( _____ )
       RC 8507

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-226
New York, New York 10007
(212) 788-0784

By: _____
       Rachel A. Seligman (RS 6674)
       Assistant Corporation Counsel

SO ORDERED:

~~John Gleeson~~ U.S.D.J.
Allyne R. Ross



# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| TO: | Richard Cardinale, Esq. | FROM: | Rachel A. Seligman<br>Ass't Corporation Counsel<br>Telephone: (212) 788-0784<br>Fax: (212) 788-9776<br>rseligma@law.nyc.gov |
| FAX #: | (718) 624-4748 | DATE: | September 19, 2005 |

You should receive 5 page(s), including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Message:**   Re:   Leonard London v. City of New York, et al., CV 05 2542 (JG)(RML)

Attached is a copy of my September 2, 2005 letter to Judge Gleeson. I apologize for not providing you with a copy sooner.

Rachel